UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NIRVA SANCHEZ and GERARDO SANCHEZ,

                 Plaintiffs,

- against -

AZZAM ABDERRAHMAN; AZZAM
JOHN/JANE DOES 1-20; TARA ANGLIN
MAROLLA; WESTCHESTER COURT
SERVICE-FOX ADVERTISING, INC.; SMITH,
BUSS AND JACOBS, LLP; JOHN J. MALLEY;
KENNETH R. JACOBS; YONKERS LAW FIRM
JOHN/JANE DOES 1-20; RACHEL HAQUE;
JOHN G. ANGELET; ROY R. SPELLS; MARIA
FLORES; KIM WALENTIN; RODNEY
MCLEAN; ALBERT WEISS; HERMAN
FRUEND; PERCY GOLDMAN; FOUNDRY
CONDOMINIUM ASSOCIATION; and BOARD
OF MANAGERS, as Agent for the Foundry
Condominium Association Board John/Jane Does
1-20,

                 Defendants.

**ORDER**
**10-CV-3641 (CBA)(LB)**

------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      Plaintiffs have filed an amended complaint. See Docket Entry 3. As the Court's record does not reflect service of process of the original complaint on defendants, plaintiffs may amend their complaint "as a matter of course." Fed. R. Civ. P. 15(a)(1). The amended complaint names Westchester Court Service-Fox Advertising, Inc., Kenneth R. Jacobs, Albert Weiss, Herman Fruend, and Percy Goldman as additional defendants in this case. The Clerk of the Court is directed to prepare the necessary papers to have defendants served with process and to send the papers to plaintiffs. Plaintiffs shall properly serve all defendants with the summons and amended complaint by December 7, 2010, or shall show good cause why such service has not

been effected under Fed. R. Civ. P. 4(m).[1]  If plaintiffs fail to serve defendants or show good cause why defendants have not been served by December 7, 2010, the Court shall dismiss plaintiffs' action without prejudice.  Plaintiffs may contact the Court's Pro Se Office at 718-613-2665 for information regarding the Court's procedures.

SO ORDERED.

Dated: October 21, 2010
       Brooklyn, New York

/Signed by Judge Lois Bloom/
LOIS BLOOM
United States Magistrate Judge

---

[1] By Order dated August 11, 2010, the Court directed plaintiffs to serve the complaint upon defendants by December 7, 2010.  See Docket Entry 2.